UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALEX JOE LEWIS,

    Plaintiff,

Case No. 18-cv-13787
Hon. Matthew F. Leitman

v.

T-MOBILE US, INC.,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: March 25, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 25, 2019, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda
                                      Case Manager
                                      (810) 341-9764